## EX PARTE WILLOUGHBY.

(Decided January 21, 1915.)

CERTIORARI to Court of Appeals.

H. C. WILKINSON, and G. R. HARSH, for appellant. TILLMAN, BRADLEY & MORROW, for appellee.

SOMERVILLE, J.—Petition to review judgment and decision of Court of Appeals in *Willoughby v. B. R., L. & P. Co.,* 11 Ala. App. 611, 66 South. 887. Writ denied.

All the Justices concur, except DE GRAFFENRIED, J., not sitting.

---

## GOWAN, ET AL. v. MULLEN, ET AL.

(Decided December 17, 1914.)

APPEAL from Chilton Chancery Court.
Heard before Hon. W. W. WHITESIDE.
No counsel marked for either party.
Per curiam. Appeal dismissed.

---

## HIGGINBOTHAN v. LANGSTON.

(Decided January 14, 1915.)

APPEAL from Calhoun Circuit Court.
Heard before Hon. HUGH D. MERRILL.
No counsel marked for either party.
Per curiam. Affirmed on certificate.